**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :    No. 285 WAL 2018

           Respondent           :

                                 :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court

              v.                 :

                                 :

LISA ELDEN,                           :

           Petitioner            :


## <u>ORDER</u>


**PER CURIAM**

      **AND NOW**, this 28th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.

      Justice Wecht files a Dissenting Statement which Justice Donohue joins.